UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>ZAHEERAH SHAREEF,<br><br>Debtor(s) | BK No.: 15-25491<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER GRANTING DEBTORS' MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor is granted leave to obtain financing for $17,700.00, at an annual percentage rate of up to 17.25% for a 2015 Chevrolet Malibu ~~[redacted]~~ with the same terms of financing.

Enter:

Dated: 12-17-18

United States Bankruptcy Judge

**Prepared by:**
Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20151029_bko