# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois (Eastern Division)

| | |
|---|---|
| In re | Case No. 15-25491 |
| Zaheerah Y. Shareef | Chapter 13 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES
### (CLAIM 3)

Creditor, Wells Fargo Bank, N.A., hereby withdraws its Notice of Postpetition Mortgage Fees, Expenses and Charges with respect to Claim No. 3, filed in the above-entitled matter on 12/21/2015.

Dated:    02/24/2020

Respectfully submitted,

/s/ Gwendolyn Carmichael McClain

VP Loan Documentation
Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700
P: 800-274-7025
E: 180DayInquiries@wellsfargo.com

1138998-84efaddb-f9bf-4bca-bbd2-a2863f7a4a75-

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois (Eastern Division)

Chapter 13 No. 15-25491

Judge: Honorable Judge Jacqueline P. Cox

In re:

Zaheerah Y. Shareef

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 24, 2020, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid:

Zaheerah Y. Shareef
15819 Paulina St
Harvey, IL 60426

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid:

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid:

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)

1138998-31f977b6-5613-43c8-8a76-a45730a4047c-