**Fill in this information to identify the case:**

Debtor 1  Zaheerah Y. Shareef

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern   District of Illinois
(State)

Case number   15-25491

---

# Form 4100R
## Response to Notice of Final Cure Payment         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 6 7 3 9

**Property address:**
15644 S LOOMIS AVENUE
Number     Street

HARVEY          IL      60426
City            State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  06 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:         + (b) $      0.00

c. **Total**. Add lines a and b.                                               (c) $      0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/___/___
MM / DD / YYYY

==This is account is currently on a debtor-requested forbearance arrangement due to impacts of COVID-19. This forbearance arrangement allows for a suspension of payments from 05/01/2020-07/01/2020==

Form 4100R                                        Response to Notice of Final Cure Payment       page 1

| Debtor 1 | Zaheerah Y. Shareef | Case number (*if known*) 15-25491 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Toni Townsend    Date 6/15/2020
Signature

Print: Toni Townsend    Title: Attorney for Creditor
First Name    Middle Name    Last Name

Company: McCalla Raymer Leibert Pierce, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1544 Old Alabama Road
Number    Street

Roswell, GA 30076
City    State    ZIP Code

Contact phone (312) 346-9088 X5174    Email Toni.Townsend@mccalla.com

|  |  |
|---|---|
| In Re:    Zaheerah Y. Shareef | Bankruptcy Case No.:    15-25491<br>Chapter:    13<br>Judge:    Honorable Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1 N. Dearborn Suite 1200, Chicago, IL 60602, certify

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Zaheerah Y. Shareef
15819 Paulina St
Harvey, IL 60426

David M Siegel, Esq.                            *(served via ECF Notification)*
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Tom Vaughn, Trustee                          *(served via ECF Notification)*
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S Layng                                    *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    6/15/2020           By:    */s/ Toni Townsend*
                    (date)                         Toni Townsend, Illinois BAR NO. 6289370
                                                       Attorney for the Creditor